IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN MOHN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 23-2653 |
| | : | |
| UNITED STATES OF AMERICA, U.S. ATTORNEY'S OFFICE, ATTORNEY GENERAL OF THE UNITED STATES | : : : | |

## ORDER

AND NOW, this 20th day of July 2023, upon considering Plaintiff's renewed Motion to proceed *in forma pauperis* (ECF No. 5), having earlier denied his first Motion (ECF No. 4), and finding no basis to allow this Plaintiff to proceed at this stage of his financial condition without paying the filing fees as detailed in today's accompanying Memorandum, it is **ORDERED** we:

1. **DENY** Plaintiff's renewed Motion to proceed *in forma pauperis* (ECF No. 5); and,

2. **GRANT** Plaintiff leave to pay the $402 filing fee on or before **July 28, 2023** before we dismiss the Complaint without prejudice for failure to prosecute.

KEARNEY, J.