IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MOHN | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2653 |
| | : |
| UNITED STATES OF AMERICA, U.S. ATTORNEY'S OFFICE, ATTORNEY GENERAL OF THE UNITED STATES | : |

## ORDER

**AND NOW**, this 31st day of July 2023, upon Plaintiff paying the filing fee required to proceed with this case after moving for our recusal (ECF No. 10), finding no basis allowing a reasonable person to conclude my impartiality might reasonably be questioned or otherwise find a personal bias, knowledge or financial interest in the parties, and for reasons in today's accompanying Memorandum, it is **ORDERED** Plaintiff's Motion to recuse (ECF No. 10) is **DENIED.**

_____
KEARNEY, J.