IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUSTIN MOHN | : CIVIL ACTION |
| | : |
| v. | : NO. 23-2653 |
| | : |
| UNITED STATES OF AMERICA | : |

## ORDER

AND NOW, this 6th day of December 2023, upon reviewing the United States' Motion to dismiss (ECF No. 22), Plaintiff's Opposition (ECF No. 27), and for reasons in today's accompanying Memorandum, it is **ORDERED**:

1. The United States' Motion to dismiss (ECF No. 22) is **GRANTED** requiring we dismiss with prejudice as Plaintiff has now been twice advised he cannot plead a negligence claim based upon a non-existent duty of the United States as a lender on a student loan program; and,

2. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.